ORTHO–MCNEIL PHARMACEUTICAL, INC. and Johnson & Johnson Pharmaceutical Research and Development, LLC, Plaintiffs–Appellees,

and

Daiichi Pharmaceutical Co., Ltd., Plaintiff–Appellee,

v.

MYLAN LABORATORIES INC. and Mylan Pharmaceuticals Inc., Defendants–Appellants.

No. 05–1222.

United States Court of Appeals, Federal Circuit.

Dec. 19, 2005.

Rehearing and Rehearing En Banc Denied March 13, 2006.

Before NEWMAN, MAYER, and SCHALL, Circuit Judges.

**JUDGMENT**

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and AD-

 

JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36